IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLENIX MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV445 |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN HURST, C/O, | ) | **MEMORANDUM** |
| UNKNOWN NELSON, C/O, and | ) | **AND ORDER** |
| UNKNOWN KOEHLER, Sgt. Of | ) | |
| Omaha Correctional Center - | ) | |
| Department Of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has responded to the court's order directing that a new motion for leave to proceed in forma pauperis ("IFP") be filed. (Filing No. 14.) Upon review of the record, the new Motion for Leave to Proceed IFP is granted, and Plaintiff is relieved of any liability for the unpaid balance of the filing fee. *See, e.g., McGann v. Comm'r, Social Security Admin.*, 96 F.3d 28, 30 (2d Cir. 1996) ("A released prisoner may litigate without further payment of fees upon satisfying the poverty affidavit requirement applicable to all non-prisoners.")

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Leave to Proceed IFP (filing no. 14) is granted.

March 18, 2008.   BY THE COURT:

   *s/Richard G. Kopf*
   United States District Judge